[No. 65074-2-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBANICA NECORIA HAULCY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01930-1, William L. Downing, J., entered March 12, 2010. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 65099-8-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SONTAVIA LANEA HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05118-2, Michael Hayden, J., entered February 11, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 65147-1-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. EZEQUIEL APOLO-ALBINO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07258-1, Brian D. Gain, J., entered March 19, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65319-9-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY GENE WESTOM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01895-7, Gerald L. Knight, J., entered April 19, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Spearman, JJ.